# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE
## PORTLAND DIVISION

| | |
|---|---|
| R.T., an individual, <br><br>    Plaintiff, <br><br>  v. <br><br> WYNDHAM HOTELS & RESORTS, INC. <br> and G6 HOSPITALITY, LLC, <br><br><br>    Defendants. | Civil Action No. 2:20-CV-00014-JAW <br><br> Judge John A. Woodcock, Jr. <br> Magistrate Judge John H. Rich III <br><br> STIPULATED NOTICE OF <br> VOLUNTARY DISMISSAL |

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff R.T. ("Plaintiff") and Defendants Wyndham Hotels & Resorts, Inc. ("Wyndham") and G6 Hospitality, LLC ("G6"), by and through their undersigned counsel of record, submit the following stipulation with reference to the following facts:

1. Plaintiff filed this case against Wyndham Hotels & Resorts, Inc. and G6 Hospitality, LLC in the District of Maine, Portland Division on January 14, 2020.

2. Counsel for Plaintiff R.T. has conferred with counsel for G6 and Wyndham regarding dismissal of this Action without prejudice.

3. All Parties[1] have agreed to voluntary dismissal of Plaintiff's claims against Defendants without prejudice.

4. The Parties request pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the claims

---

[1] Plaintiff's counsel has conferred with the client regarding voluntary dismissal. Plaintiff R.T. consents to voluntary dismissal of this Action without prejudice.

against Wyndham and G6 be dismissed without prejudice.

5.      Fed. R. Civ. P. 41(a) provides that "the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii).

6.      Plaintiff respectfully requests that all claims asserted in this action against Wyndham and G6 be dismissed without prejudice.

Dated:  May 8, 2020                                   **RESPECTFULLY SUBMITTED,**

| | |
|---|---|
| */s/ Kimberly Lambert Adams*<br>Kimberly R. Lambert Adams (*pro hac vice*)<br>Kathryn L. Avila (*pro hac vice*)<br>**Levin, Papantonio, Thomas, Mitchell,**<br>**Rafferty & Proctor, P.A.**<br>316 S. Baylen Street, Suite 600<br>Pensacola, FL 32502<br>Tel: 850-435-7000<br>Fax: 850-436-6347<br>E-mail: kadams@levinlaw.com /<br>kavila@levinlaw.com<br>*Counsel for Plaintiff R.T.*<br><br>Teresa Curtin (Maine Bar # 9391)<br>**WEITZ & LUXENBERG, P.C.**<br>700 Broadway<br>New York, NY 10003<br>Tel: 212-558-5907<br>E-mail: tcurtin@weitzlux.com<br><br>*Counsel for Plaintiff R.T.* | */s/ David S. Sager*<br>David S. Sager (*admitted pro hac vice*)<br>**DLA Piper LLP (US)**<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey  07078-2704<br>Tel:      973-520-2550<br>Fax:      973-520-2551<br>E-mail:  david.sager@us.dlapiper.com<br><br>Katharine I. Rand<br>**PIERCE ATWOOD LLP**<br>Merrill's Wharf<br>254 Commercial Street<br>Portland, Maine 04101<br>T: 207-791-1100<br>E-mail: krand@pierceatwood.com<br><br>*Counsel for Defendant*<br>*Wyndham Hotels & Resorts, Inc.* |
| | */s/ Shannon Dudic*<br>Shannon Dudic<br>**DLA PIPER LLP**<br>2000 Avenue of the Stars, North Tower<br>Los Angeles, California 90067<br>Tel:    310-595-3078<br>Fax:    310-595-3478<br>E-mail:  shannon.dudic@us.dlapiper.com |

|  | Robert C. Hatch<br>Brendan R. O'Rourke<br>**THOMPSON BOWIE & HATCH LLC**<br>415 Congress Street, Fifth Floor<br>Portland, Maine 04112<br>T: 207-774-2500<br>E-mail: rhatch@thompsonbowie.com /<br>borourke@thompsonbowie.com<br><br>*Attorneys for Defendant*<br>*G6 Hospitality, LLC* |
|---|---|